

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00421-CV

ALFONSO M. PRADO, M.D., MIGUEL A. DELEON, M.D.,
EUMING CHONG, M.D., JIE GUO, M.D., VALLIER C. OJADI, M.D., AND
NEONATOLOGY CONSULTANTS OF CORPUS CHRISTI, PLLC
v.
FELIX MOYA AND SERENA LEE BARRAGAN, INDIVIDUALLY AND
AS NEXT FRIEND OF X.X., A MINOR

On Appeal from the
105th District Court of Nueces County, Texas
Trial Court Cause No. 2019DCV-0330-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

April 1, 2021